THE STATE OF OHIO [CITY OF AKRON], APPELLANT, *v.*
THOMAS, APPELLEE.

[Cite as State v. Thomas (1979), 57 Ohio St. 2d 71.]

(No. 78-1367—Decided March 21, 1979.)

*Mr. Lynn C. Slaby,* for appellant.
*Vasko, Howard & Morris Co., L. P. A.,* and *Mr. William E. Howard,* for appellee.

*Per Curiam.* The judgment of the Court of Appeals is reversed on authority of and for the reasons stated in *State* v. *Burgun* (1978), 56 Ohio St. 2d 354, wherein this court held, in paragraph one of the syllabus, that "R. C. 2907.-01(F), which sets forth the definition of 'obscenity,' is neither unconstitutionally overbroad nor void for vagueness when it is authoritatively construed to incorporate the guidelines prescribed in *Miller* v. *California,* 413 U. S. 15."

*Judgment reversed.*

CELEBREZZE, C. J., HERBERT, KEEFE, P. BROWN, SWEENEY, POTTER and HOLMES, JJ., concur.

KEEFE, J., of the First Appellate District, sitting for W. BROWN, J.

POTTER, J., of the Sixth Appellate District, sitting for LOCHER, J.